IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00122-ZLW

DAVID JACKSON,

    Plaintiff,

v.

VERA JACKSON,
CHIEF JUSTICE MARY J. MULLARKEY,
CHIEF JUDGE JANICE B. DAVIDSON,
JUDGE SANDRA I. ROTHENBERG,
JUDGE BRIAN WHITNEY,
JUDGE R. MICHAEL MULLINS,
STAFF UNNAMED ATTORNEYS,
MAGISTRATE ELIZABETH D. LEITH,
JUDGE LESLIES M. LAWSON,
JUDGE CONNIE L. PETERSON,
MAGISTRATE LAWRENCE BOWLING, and
THE CITY OF AURORA, Colorado,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's "Amended Motion for Reconsideration and New Trial Pursuant to Fed. R. Civ. P. Rule 59 and Rule 56, Rule 60(b)(1) and Amended Motion to Recuse Judge Weinshienk and Judge Arguello From Sitting on the Reconsideration Review Pursuant to Title 28 U.S.C. § 455" filed on February 19, 2010, is DENIED for the reasons stated in the Court's Order Denying Motion to Reconsider filed in this action on February 24, 2010.

Dated: February 25, 2010