IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00122-ZLW

DAVID JACKSON,

    Plaintiff,

v.

VERA JACKSON,
CHIEF JUSTICE MARY J. MULLARKEY,
CHIEF JUDGE JANICE B. DAVIDSON,
JUDGE SANDRA I. ROTHENBERG,
JUDGE BRIAN WHITNEY,
JUDGE R. MICHAEL MULLINS,
STAFF UNNAMED ATTORNEYS,
MAGISTRATE ELIZABETH D. LEITH,
JUDGE LESLIES M. LAWSON,
JUDGE CONNIE L. PETERSON,
MAGISTRATE LAWRENCE BOWLING, and
THE CITY OF AURORA, Colorado,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's "Forthwith Motion Pursuant to Fed. R. Civ. [sic] 58(b) and 54(b) to Sign the March 2, 2010, Court Order Nunc Pro Tunc and Immediately Transmit it to the United States Court of Appeals for the Tenth Circuit Case Number 10-1111 to be Made Part of the Record-on-Appeal as a Supplemental Record" filed on May 17, 2010, is DENIED.

Dated: May 19, 2010